**Order entered September 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00401-CV

### JOANN BROOKS AND MARY ROZANSKI, Appellants

### V.

### PAUL HEDLEY BATCHELOR, Appellee

**On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR10-1373-2**

## ORDER

Before the Court are appellants' August 19, 2013 "motion to clarify issues with appellee Batchelor's brief" and appellee's August 28, 2013 response to appellants' motion. We construe appellants' motion as their reply brief and appellee's response as his sur-reply brief. *See* TEX. R. APP. P. 38.3. We deem both timely filed. Subject to the submission panel's direction, no further briefing may be filed.

This appeal will be submitted in due course.

/s/    ELIZABETH LANG-MIERS
         JUSTICE